D. Y. SEARLES, Appellant, v. CHARLES HAAG, et al., Appellees.

Nuisance: INJUNCTION: APPEAL.

*Appeal from Des Moines District Court.*—HON. CHARLES H. PHELPS, Judge.

SATURDAY, MAY, 28, 1892.

THE plaintiff entitles in his abstract, and on his part submits herewith, the cases of himself v. Frank Ober, v. Joseph Leis, v. Bertha Ernest and M. Wiewoehner, v. Lewis Goetz, and v. A. Gantz. They are actions in equity under section 1543 of the Code, as amended, to enjoin certain alleged nuisances. On motion of the defendants, respectively, the plaintiff's petition in each case was stricken from the files, to which the plaintiff duly excepted, and from which he appeals.—*Reversed.*

*T. J. Trulock,* for appellant.

*P. Henry Smyth,* for appellees.

GIVEN. J.—The record before us is the same, except as to names of the defendants, description of real estate, and dates, as in *Searles v. Lux,* 52 N. W. Reporter, 327 and the five other cases considered therewith, and decided at this May term, 1892. The questions here discussed are identical with those presented and passed upon in said cases, and for the reasons given in that opinion the appeals in said five cases above mentioned are dismissed, and in the case of *Searles v. Haag, et al.,* the judgment of the district court is REVERSED.